WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '07 FEB 20 15:46 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KIM MANNING,**                                                     CV # 05-1464-TC

    Plaintiff,

vs.                                                                  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $5,700.00 and expenses in the amount of $14.88 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $260.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 20 day of Fe) _____, 2006.

_____
United States District / Magistrate Judge

Submitted on February 15, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1

Kim Manning
CIVIL ACTION NO. 05-1464-TC

<u>Federal Court Expenses</u>:

    Filing and service postage for Plaintiff's Federal Court Complaint and Supporting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $14.88

<u>Total Expenses</u>: **$14.88.**

<u>Federal Court Costs</u>:

    Federal Court filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4.00

    Copy costs for Plaintiff's Opening Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6.00

<u>Total Costs</u>: **$260.00.**

SCHEDULE A - page 1
Attachment to court ORDER